# EXHIBIT B

AmGuard Protective Safeguards Endorsement to Baths of America, Inc. Policy of Insurance

POLICY NUMBER: BABP700014

BUSINESSOWNERS
BP 04 30 01 06

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable | Description Of "P-9" If Applicable: |
|---|---|---|---|
| 001 | 001 | | Central Station Burglar Alarm Local Fire Alarm |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. The following is added to the **Property General Conditions** in **Section I – Property:**

   **PROTECTIVE SAFEGUARDS**

   1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

   2. The protective safeguards to which this endorsement applies are identified by the following symbols:

      a. **"P-1" Automatic Sprinkler System,** including related supervisory services.

         Automatic Sprinkler System means:

         (1) Any automatic fire protective or extinguishing system, including connected:

            (a) Sprinklers and discharge nozzles;

            (b) Ducts, pipes, valves and fittings;

            (c) Tanks, their component parts and supports; and

            (d) Pumps and private fire protection mains.

         (2) When supplied from an automatic fire protective system:

            (a) Non-automatic fire protective systems; and

            (b) Hydrants, standpipes and outlets.

      b. **"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

         (1) Connected to a central station; or

         (2) Reporting to a public or private fire alarm station.

      c. **"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

      d. **"P-4" Service Contract,** with a privately owned fire department providing fire protection service to the described premises.

      e. **"P-9",** the protective system described in the Schedule.

B. The following is added to Paragraph **B. Exclusions** in **Section I – Property:**

   We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

   1. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

   2. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

   If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

EXHIBIT: 3
WITNESS: Prislupsky
DATE: 12-13-17
TAYE KRUSLESKI, CSR, CLR