UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AmGuard Insurance Company

v.                                                                       Case Number: 4:16−cv−02592

Baths of America, Inc., et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 3/12/2026 at 10:00 AM before Magistrate Judge Peter Bray, by video.

Date: February 25, 2026

Nathan Ochsner, Clerk, Clerk
s/ 4 AntonioBanda, Deputy Clerk