United States District Court
Southern District of Texas
**ENTERED**
March 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **AmGuard Insurance Company,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | 4:16-cv-02592 |
| § | |
| **Baths of America, Inc. et al.,** § | |
| § | |
| **Defendants** § | |

## ORDER GRANTING MOTION TO WITHDRAW RENEWED
## MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS

Came on this day to be considered the Motion to Withdraw Renewed Motion for Attorneys' Fees, Expenses, and Costs filed by Defendants/Counter-Plaintiffs, Allen and Mindy Meisel. ECF No. 289. After considering the Motion and finding it well-taken, the Court is of the opinion that the Motion should be GRANTED.

The Renewed Motion for Attorneys' Fees, Expenses, and Costs, ECF No. 283, is DENIED AS MOOT.

IT IS FURTHER ORDERED that the conference previously scheduled for March 12, 2026 is hereby CANCELED.

SIGNED on this 9th day of March 2026.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE

3